FILED
IN COURT
ASHEVILLE, N.C.

JUN 1 8 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

NOS: 1:09mj39
1:09mj40
1:09mj41
1:09mj42
1:09mj43

| | |
|---|---|
| IN RE: APPLICATIONS FOR SEIZURE ) <br> WARRANTS ) | ORDER TO UNSEAL |

On the government's motion to unseal in the above-captioned seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal each of these files.

Signed this the 18 day of June, 2009.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE